# Exhibit A

International Precision Corp.

| FROM:<br>International Precision Corp.<br>2 7F No 33 Fushin N RD, Taipei, Taiwan | PROFORMA INVOICE NO.:<br>CNL-20200623<br>DATE: 23-June-2020 |
|---|---|
| **BUYER:**<br><br>Lollicup USA Inc.<br>6185 Kimball Ave Chino, 91708 United States<br>Jane Hsu | **BENEFICIARY BANK NAME**<br><br>BANK NAME : CHANG HWA COMMERCIAL BANK (CHENG KUO BRANCH)<br>BANK ADDRESS : 1F, NO136, SEC 3 JEN AI ROAD, TAIPEI, TAIWAN<br>SWIFT CODE : CCBCTWTP528<br>ACCOUNT NAME : International Precision Corp.<br>ACCOUNT NUMBER : 2120-22-10913-4-99 |

| PORT OF LOADING:<br>FOB Thailand | PORT OF DISCHARGE | TERMS OF DELIVERY AND PAYMENT:<br>Please see below terms and conditions. | | |
|---|---|---|---|---|
| SR. NO | ITEM DESCRIPTION | ORDER QTY | UNIT PRICE (USD) | AMOUNT (USD) |
| 1 | **Nitrile examination non-sterile gloves**<br>bule colour powder free<br>M-30000 boxes<br>L-60000, boxes<br>XL-15000, boxes each boxes 100pcs<br><br>THE ABOVE NEEDS TO BE INSPECTED FOR QUALITY & QUANTITY BY BUYER OR ITS NOMINATED INSPECTOR UPON ARRIVAL AT THE DISCHARGE PORT.) | 105,000 boxes | 7.0 USD | 735000 |
| TOTAL AMOUNT CHARGEABLE (IN WORDS) : **Seven hundred Thirty-five thousand** US DOLLARS | | | | 735000 |

(Not include tax depended on the country)
**TERMS AND CONDITIONS:**
1. All of the products satisfy all legal and regulatory requirements, and all of the manufacturer's specifications, for resale by IPC company, in any countries.
2. All of the products are genuine goods. No part of the products or their packaging (including, without limitation, serial numbers, batch numbers or tracking or identification codes on any products or on their labelling or packaging) have been or will be altered, defaced or removed. All of the products are in their original condition from the manufacturer, they contain all original product manuals, instructions, warnings, and information, and no seals or packaging have been or will be opened. UPC and description must match with this Proforma order (PO) stated.
3. 50% deposit will be paid to CHINABANK CORPORATION-PASIG MERCEDES BRANCH after vendor confirm/inspect the goods and quantity. The balance will be paid to CHINABANK CORPORATION-PASIG MERCEDES BRANCH after the full order quantity is delivered out of Philippines airport.
4. Proforma order is not valid until vendor returns a completed and signed copy. No changes to this PO are valid without the issuance of revised PO or other prior written consent of the buyer.
5. Miscellaneous: In the event of a dispute regarding this PO or enforcement of any of the terms hereof, the prevailing or enforcing party, as the case may be, with or without litigation, shall be entitled to reasonable attorney's fees and costs, including appeals. Venue for all dispute resolution and/or litigation shall be exclusively in Taipei, Taiwan. This PO shall be construed in accordance with the general laws of the State of Taipei.
6. This document is valid for seven days within the release date.

| DECLARATION:<br>THE VENDOR DECLARES THAT THIS PROFORMA INVOICE SHOWS THE ACTUAL PRICE OF THE GOODS DESCRIBED AND THAT ALL PARTICULARS ARE TRUE AND CORRECT.<br><br>**SIGNED by VENDOR:**<br><br><br><br>AUTHORISED SIGNATORY<br>NAME: Yeh Ming-kung<br>DESIGNATION: Chairman | **SIGNED by BUYER:**<br><br><br><br>AUTHORISED SIGNATORY<br>NAME:<br>DESIGNATION: |
|---|---|

| FROM:<br>International Precision Corp.<br>2 7F No 33 Fushin N RD, Taipei, Taiwan | PROFORMA INVOICE NO.:<br>IPC-20200630<br>DATE: 30-June-2020 |
|---|---|
| BUYER:<br><br>Lollicup USA Inc.<br>6185 Kimball Ave Chino, 91708 United States<br>Jane Hsu | BENEFICIARY BANK NAME<br><br>BANK NAME : CHANG HWA COMMERCIAL BANK (CHIENG KUO BRANCH)<br>BANK ADDRESS : 1F, NO136, SEC 3 JEN AI ROAD, TAIPEI, TAIWAN<br>SWIFT CODE : CCBCTWTP528<br>ACCOUNT NAME : International Precision Corp.<br>ACCOUNT NUMBER : 2120-22-10913-4-99 |

| PORT OF LOADING: | PORT OF DISCHARGE | TERMS OF DELIVERY AND PAYMENT: |
|---|---|---|
| FOB Thailand | | Please see below terms and conditions. |

| SR. NO | ITEM DESCRIPTION | ORDER QTY | UNIT PRICE (USD) | AMOUNT (USD) |
|---|---|---|---|---|
| 1 | Nitrile examination non-sterile gloves bule colour powder free<br>M-30000 boxes<br>L-60000, boxes<br>XL-15000, boxes each boxes 100pcs<br><br>THE ABOVE NEEDS TO BE INSPECTED FOR QUALITY & QUANTITY BY BUYER OR ITS NOMINATED INSPECTOR UPON ARRIVAL AT THE DISCHARGE PORT.) | 105,000 boxes | 7.0 USD | 735000 |

| TOTAL AMOUNT CHARGEABLE (IN WORDS) : Seven hundred Thirty-five thousand US DOLLARS | 735000 |
|---|---|

(Not include tax depended on the country)
**TERMS AND CONDITIONS:**
1. All of the products satisfy all legal and regulatory requirements, and all of the manufacturer's specifications, for resale by IPC company, in any countries
2. All of the products are genuine goods. No part of the products or their packaging (including, without limitation, serial numbers, batch numbers or tracking or identification codes on any products or on their labelling or packaging) have been or will be altered, defaced or removed. All of the products are in their original condition from the manufacturer, they contain all original product manuals, instructions, warnings, and information, and no seals or packaging have been or will be opened. UPC and description must match with this Proforma order (PO) stated
3. 50% deposit will be paid to CHINABANK CORPORATION-PASIG MERCEDES BRANCH after vendor confirm inspect the goods and quantity. The balance will be paid to CHINABANK CORPORATION-PASIG MERCEDES BRANCH after the full order quantity is delivered out of Philippines airport.
4. Proforma order is not valid until vendor returns a completed and signed copy. No changes to this PO are valid without the issuance of revised PO or other prior written consent of the buyer.
5. Miscellaneous: In the event of a dispute regarding this PO or enforcement of any of the terms hereof, the prevailing or enforcing party, as the case may be, with or without litigation, shall be entitled to reasonable attorney's fees and costs, including appeals. Venue for all dispute resolution and or litigation shall be exclusively in Taipei, Taiwan. This PO shall be construed in accordance with the general laws of the State of Taipei.
6. This document is valid for seven days within the release date.

| DECLARATION:<br>THE VENDOR DECLARES THAT THIS PROFORMA INVOICE SHOWS THE ACTUAL PRICE OF THE GOODS DESCRIBED AND THAT ALL PARTICULARS ARE TRUE AND CORRECT.<br><br>SIGNED by VENDOR:<br><br>*For and on behalf of*<br>International Precision Corp.<br><br>............*Authorized Signature(s)*<br>AUTHORISED SIGNATORY<br>NAME: Yeh Ming-kung<br>DESIGNATION: Chairman | SIGNED by BUYER:<br><br><br><br><br><br><br>AUTHORISED SIGNATORY<br>NAME:<br>DESIGNATION: |
|---|---|

| FROM: International Precision Corp. 2 7F No 33 Fushin N RD, Taipei, Taiwan | PROFORMA INVOICE NO.: IPC-20200715 DATE: 15-July-2020 |
|---|---|
| BUYER: Lollicup USA Inc. 6185 Kimball Ave Chino, 91708 United States Jane Hsu | BENEFICIARY BANK NAME BANK NAME : CHANG HWA COMMERCIAL BANK (CHIENG KUO BRANCH) BANK ADDRESS : 1F, NO136, SEC 3 JEN AI ROAD, TAIPEI, TAIWAN SWIFT CODE : CCBCTWTP528 ACCOUNT NAME : International Precision Corp. ACCOUNT NUMBER : 2120-22-10913-4-99 |

| PORT OF LOADING: | PORT OF DISCHARGE | TERMS OF DELIVERY AND PAYMENT: |
|---|---|---|
| FOB Thailand | | Please see below terms and conditions. |

| SR. NO | ITEM DESCRIPTION | ORDER QTY | UNIT PRICE (USD) | AMOUNT (USD) |
|---|---|---|---|---|
| 1 | Nitrile examination non-sterile gloves bule colour powder free M-14000 boxes L-35000, boxes XL-21000, boxes each boxes 100pcs THE ABOVE NEEDS TO BE INSPECTED FOR QUALITY & QUANTITY BY BUYER OR ITS NOMINATED INSPECTOR UPON ARRIVAL AT THE DISCHARGE PORT.) | 70,000 boxes | 7.0 USD | 490,000 |

| TOTAL AMOUNT CHARGEABLE (IN WORDS)  Four hundred Ninety thousand US DOLLARS | 490,000 |
|---|---|

(Not include tax depended on the country)

**TERMS AND CONDITIONS:**
1. All of the products satisfy all legal and regulatory requirements, and all of the manufacturer's specifications, for resale by IPC company in any countries
2. All of the products are genuine goods. No part of the products or their packaging (including, without limitation serial numbers, batch numbers or tracking or identification codes on any products or on their labelling or packaging) have been or will be altered, defaced or removed. All of the products are in their original condition from the manufacturer, they contain all original product manuals, instructions, warnings, and information, and no seals or packaging have been or will be opened. UPC and description must match with this Proforma order (PO) stated
3. 50% deposit will be paid to CHINABANK CORPORATION-PASIG MERCEDES BRANCH after vendor confirm inspect the goods and quantity. The balance will be paid to CHINABANK CORPORATION-PASIG MERCEDES BRANCH after the full order quantity is delivered out of Philippines airport
4. Proforma order is not valid until vendor returns a completed and signed copy. No changes to this PO are valid without the issuance of revised PO or other prior written consent of the buyer
5. Miscellaneous. In the event of a dispute regarding this PO or enforcement of any of the terms hereof, the prevailing or enforcing party, as the case may be, with or without litigation, shall be entitled to reasonable attorney's fees and costs, including appeals. Venue for all dispute resolution and/or litigation shall be exclusively in Taipei, Taiwan. This PO shall be construed in accordance with the general laws of the State of Taipei
6. This document is valid for seven days within the release date

| DECLARATION: THE VENDOR DECLARES THAT THIS PROFORMA INVOICE SHOWS THE ACTUAL PRICE OF THE GOODS DESCRIBED AND THAT ALL PARTICULARS ARE TRUE AND CORRECT. SIGNED by VENDOR: *For and on behalf of* International Precision Corp. _[signature]_ Authorized Signatory(s) AUTHORISED SIGNATORY NAME: Yeh Ming-kung DESIGNATION: Chairman | SIGNED by BUYER: _[signature] 2020/07/15_ AUTHORISED SIGNATORY NAME: DESIGNATION: |
|---|---|

| FROM:<br>International Precision Corp.<br>2 7F No 33 Fushin N RD, Taipei, Taiwan | PROFORMA INVOICE NO.:<br>IPC-20200717<br>DATE: 17-July-2020 |
|---|---|
| BUYER:<br><br>Lollicup USA Inc.<br>6185 Kimball Ave Chino, 91708 United States<br>Jane Hsu | BENEFICIARY BANK NAME<br><br>BANK NAME : CHANG HWA COMMERCIAL BANK (CHIENG KUO BRANCH)<br>BANK ADDRESS : 1F, NO136. SEC 3 JEN AI ROAD, TAIPEI, TAIWAN<br>SWIFT CODE : CCBCTWTP528<br>ACCOUNT NAME : International Precision Corp.<br>ACCOUNT NUMBER : 2120-22-10913-4-99 |

| PORT OF LOADING: | PORT OF DISCHARGE | TERMS OF DELIVERY AND PAYMENT: |
|---|---|---|
| FOB Thailand | | Please see below terms and conditions. |

| SR. NO | ITEM DESCRIPTION | ORDER QTY | UNIT PRICE (USD) | AMOUNT (USD) |
|---|---|---|---|---|
| 1 | Nitrile examination non-sterile gloves bule colour powder free<br>M-6000 boxes<br>L-60000, boxes<br>XL-39000, boxes each boxes 100pcs<br><br>(THE ABOVE NEEDS TO BE INSPECTED FOR QUALITY & QUANTITY BY BUYER OR ITS NOMINATED INSPECTOR UPON ARRIVAL AT THE DISCHARGE PORT.) | 105,000 boxes | 7.0 USD | 735000 |

TOTAL AMOUNT CHARGEABLE (IN WORDS): Seven hundred Thirty-five thousand US DOLLARS   735000

(Not include tax depended on the country)

**TERMS AND CONDITIONS:**
1. All of the products satisfy all legal and regulatory requirements, and all of the manufacturer's specifications, for resale by IPC company in any countries.
2. All of the products are genuine goods. No part of the products or their packaging (including, without limitation, serial numbers, batch numbers or tracking or identification codes on any products or on their labelling or packaging) have been or will be altered, defaced or removed. All of the products are in their original condition from the manufacturer, they contain all original product manuals, instructions, warnings, and information, and no seals or packaging have been or will be opened. UPC and description must match with this Proforma order (PO) stated.
3. 50% deposit will be paid to CHINABANK CORPORATION-PASIG MERCEDES BRANCH after vendor confirm inspect the goods and quantity. The balance will be paid to CHINABANK CORPORATION-PASIG MERCEDES BRANCH after the full order quantity is delivered out of Philippines airport.
4. Proforma order is not valid until vendor returns a completed and signed copy. No changes to this PO are valid without the issuance of revised PO or other prior written consent of the buyer.
5. Miscellaneous: In the event of a dispute regarding this PO or enforcement of any of the terms hereof, the prevailing or enforcing party, as the case may be, with or without litigation, shall be entitled to reasonable attorney's fees and costs, including appeals. Venue for all dispute resolution and/or litigation shall be exclusively in Taipei, Taiwan. This PO shall be construed in accordance with the general laws of the State of Taipei.
6. This document is valid for seven days within the release date.

| DECLARATION:<br>THE VENDOR DECLARES THAT THIS PROFORMA INVOICE SHOWS THE ACTUAL PRICE OF THE GOODS DESCRIBED AND THAT ALL PARTICULARS ARE TRUE AND CORRECT.<br><br>SIGNED by VENDOR:<br><br>For and on behalf of<br>International Precision Corp.<br><br>AUTHORISED SIGNATORY<br>NAME: Yeh Ming-kung<br>DESIGNATION: Chairman | SIGNED by BUYER:<br><br>Ruby<br>2020/07/17<br><br>AUTHORISED SIGNATORY<br>NAME:<br>DESIGNATION: |
|---|---|