## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, I caused the following documents to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users:

**PLAINTIFF'S APPLICATION FOR ORDER AUTHORIZING THE CLERK OF COURT TO SERVE THE CORPORATE DEFENDANTS PURSUANT TO FED. R. CIV. P. 4(f)(2)(C)(ii) AND ORDER FOR EXTENSION OF TIME TO SERVE THE CORPORATE DEFENDANTS**

I further certify that I caused the foregoing documents to be delivered to the following via United States Postal Service:

PRECISION BIOTECHNOLOGY CO. LTD.
16F, -2, No. 508, Sec. 7, Zhongxiao E. Road,
Nangang District, Taipei City 115011, Taiwan (R.O.C.)

INTERNATIONAL PRECISION CORP.
3F., No. 10, Ln. 78, Songjiang Road,
Zhongshan District, Taipei City, Taiwan (R.O.C)

MING-KUNG YEH
3F., No. 10, Ln. 78, Songjiang Road,
Zhongshan District, Taipei City, Taiwan (R.O.C)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 23, 2024, at Chino, California.

_____
Howard Shih