# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLLICUP USA INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PRECISION BIOTECHNOLOGY CO. LTD,, et al.<br><br>　　　　　　　Defendants. | Case No. 5:24-cv-00543-SSS-SHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR ORDER AUTHORIZING THE CLERK OF COURT TO SERVE CORPORATE DEFENDANTS PURSUANT TO FED. R. CIV. P. 4(f)(2)(C)(ii) AND ORDER FOR EXTENSION OF TIME TO SERVE CORPORATE DEFENDANTS** |

Having read and considered the matters and arguments presented by Plaintiff LOLLICUP USA INC. in connection with its Application for Order Authorizing the Clerk of Court to Serve Corporate Defendants pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) and Order for Extension of Time to Serve Corporate Defendants, the Court hereby ORDERS as follows:

1. The Clerk of Court is authorized to serve the Complaint on the Corporate Defendants at their business addresses in Taiwan pursuant to Federal Rule of Civil Procedure 4(f)(2)(ii);

2. Plaintiff LOLLICUP USA INC. must serve the Complaint on the corporate defendants, PRECISION BIOTECHNOLOGY CO. LTD. and INTERNATIONAL PRECISION CORP. by October 14, 2024;

3. _____
   _____
   _____
   _____
   _____
   _____

IT IS SO ORDERED.

Dated:

                                        _____
                                        SUNSHINE S. SYKES
                                        United States District Judge