# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLLICUP USA INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br><br>PRECISION BIOTECHNOLOGY CO. LTD,, et al.<br><br>　　　　　　Defendants. | Case No. 5:24-cv-00543-SSS-SHKx<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR ORDER AUTHORIZING THE CLERK OF COURT TO SERVE CORPORATE DEFENDANTS PURSUANT TO FED. R. CIV. P. 4(f)(2)(C)(ii) AND ORDER FOR EXTENSION OF TIME TO SERVE CORPORATE DEFENDANTS**<br><br>**NOTE CHANGES MADE BY COURT** |

　　　Having read and considered the matters and arguments presented by Plaintiff LOLLICUP USA INC. in connection with its Application for Order Authorizing the Clerk of Court to Serve Corporate Defendants pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) and Order for Extension of Time to Serve Corporate Defendants, the Court hereby ORDERS as follows:

1. Plaintiff LOLLICUP USA INC.'S Application is GRANTED. Counsel is DIRECTED to L.R. 4-5 and shall comply with the procedures in place to proceed with service of process by Clerk of Court of the Corporate Defendants at their business addresses in Taiwan pursuant to Federal Rule of Civil Procedure 4(f)(2)(ii); and

2. Plaintiff LOLLICUP USA INC. must serve the Complaint on the Corporate Defendants, PRECISION BIOTECHNOLOGY CO. LTD. and INTERNATIONAL PRECISION CORP. by November 8, 2024.

**IT IS SO ORDERED.**

Dated: September 5, 2024

_____
SUNSHINE S. SYKES
United States District Judge