Roland Au SBN 270085
6185 Kimball Avenue
Chino, CA 91708
Telephone: (626) 965-8882
Facsimile: (909) 248-2348
Email: roland.au@karatpackaging.com

Attorney for Plaintiff LOLLICUP USA INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLLICUP USA INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRECISION BIOTECHNOLOGY CO. LTD., a Taiwan corporation; INTERNATIONAL PRECISION CORP.; an unknown foreign business entity; MING-KUNG YEH, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:24-cv-00543-SSS-SHK<br><br>**PLAINTIFF'S REQUEST TO THE CLERK TO PERFECT SERVICE**<br><br>[Filed concurrently with Declaration of Roland Au] |

# PLAINTIFF'S REQUEST TO THE CLERK OF COURT TO PERFECT SERVICE

Pursuant to Federal Rule of Civil Procedure 4(h)(2) and 4(f)(2)(C)(ii), Plaintiff LOLLICUP USA INC., by the undersigned counsel, requests that the Clerk of the Court perfect service by UPS Express on the following defendants:

PRECISION BIOTECHNOLOGY CO. LTD.
Attention: Yeh Ming-Kung
16F.-2, No. 508, Sec. 7, Zhongxiao E. Rd,
Nangang Dist., Taipei City 115011, Taiwan (R.O.C.)

INTERNATIONAL PRECISION CORP.
Attention: Ming Kung, Yeh
3F., No. 10, Ln. 78, Songjiang Rd., Zhongshan Dist., Taipei City, Taiwan (R.O.C.)

A copy of this Request together with copy of (1) Summons; (2) Complaint and Exhibit A; (3) Certificate and Notice of Interested Parties; (4) Notice of Assignment to United States Judges; (5)Notice of Counsel re Consent to Proceed Before a United States Magistrate Judge; (6) Notice to Parties Court-Directed ADR Program, (7) Civil Standing Order; and (8) Order Setting Scheduling Conference, with a postage-paid envelope addressed to the above entities upon whom service is sought, return receipt requested, are mailed to the Clerk's office located at:

Brian D. Karth, District Court Executive/Clerk of Court
George E. Brown, Jr. Federal Building and United States Courthouse
3470 Twelfth Street Riverside, CA 92501-3801

Respectfully submitted,

Dated: September 12, 2024     By: _/s/ Roland Au_
                                  Roland Au
                                  Attorneys for Plaintiff
                                  LOLLICUP USA INC.