Roland Au SBN 270085
6185 Kimball Avenue
Chino, CA 91708
Telephone: (626) 965-8882
Facsimile: (909) 248-2348
Email: roland.au@karatpackaging.com

Attorney for Plaintiff LOLLICUP USA INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLLICUP USA INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRECISION BIOTECHNOLOGY CO. LTD., a Taiwan corporation; INTERNATIONAL PRECISION CORP.; an unknown foreign business entity; MING-KUNG YEH, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:24-cv-00543-SSS-SHK<br><br>**DECLARATION OF ROLAND AU IN SUPPORT OF PLAINTIFF'S REQUEST TO THE CLERK TO PERFECT SERVICE** |

I, Roland Au, declare as follows:

1. I am an attorney at law duly admitted to practice in the State of California and before this Court. I am counsel of record in this action for Plaintiff LOLLICUP USA INC. ("Plaintiff"). I have personal knowledge of the facts contained in this declaration and, if called upon to do so, I could and would testify competently thereto.

2. I am submitting this declaration in support of Plaintiff's Request for Clerk to Perfect Service.

3. Plaintiff requests the Clerk to perfect service on Defendants, PRECISION BIOTECHNOLOGY CO. LTD. and INTERNATIONAL PRECISION CORP. in Taiwan. Consistent with L.R. 4-5, I have determined that service by mail is not prohibited by the law of Taiwan.

4. With the Request, copies of (1) Summons; (2) Complaint and Exhibit A; (3) Certificate and Notice of Interested Parties; (4) Notice of Assignment to United States Judges; (5) Notice of Counsel re Consent to Proceed Before a United States Magistrate Judge; (6) Notice to Parties Court-Directed ADR Program, (7) Civil Standing Order; and (8) Order Setting Scheduling Conference were submitted with a postage-paid UPS Express envelope, return receipt requested, to the Clerk's office located at 3470 Twelfth Street Riverside, CA 92501. A true and correct copy of shipping label to the Clerk's office is attached hereto as Exhibit "A."

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing declaration is true and correct.

Dated: September 12, 2024           /s/ Roland Au_____
                                    ROLAND AU

# Exhibit A

```
LOLLICUP CHINO WAREHOUSE        3 LBS                1 OF 1
(626) 965-8882 252
LOLLICUP USA INC
6185 KIMBALL AVE
CHINO CA 91708-9126

SHIP TO:
    DISTRICT COURT EXECUTIVE
    BRIAN D. KARTH
    3470 TWELFTH STREET
    RIVERSIDE  CA 92501
```




CA 925 0-01

**UPS NEXT DAY AIR**                1

TRACKING #: 1Z Y06 638 24 6105 8663



BILLING: P/P
SIGNATURE REQUIRED

```
                        WS 22.0.17 Zebra ZP 450 37.0A 09/2024
```

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com

```
Y06638      SEP 12, 2024        ACT WT   3.0 LBS    #PK 1
SVC 1DA                 BL WT
TRACKING# 1ZY066382461058663         ALL CURRENCY USD
REF 1:
REF 2:

HC 0.00           CNS 0.00         FRT: SHP
SHIPMENT PUB RATE CHARGES:          SVC 36.83 USD
DV 0.00           COD  0.00             RS  0.00
DC 5.25           DQD  0.00
AH 0.00           PR   0.00             ROD 0.00
TOT PUB CHG 42.08              PUB+HC42.08
```

THIS DOCUMENT IS NOT AN INVOICE.