**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lollicup USA Inc., a California corporation<br><br>PLAINTIFF(S)<br>v.<br>Precision Biotechnology Co. Ltd. a Taiwan corporation<br>DEFENDANT(S). | CASE NUMBER<br><br>5:24-cv-00543-SSS(SHKx)<br><br>**NOTICE OF SERVICE PURSUANT TO LOCAL RULE 4-5** |

NOTICE: On September 16, 2024, the Clerk's Office received documents from Lollicup USA Inc. for service on Precision Biotechnology Co. Ltd. pursuant to Local Rule 4-5. These documents were:

☒ Deposited for Service by the undersigned Deputy Clerk:
  on September 20, 2024
  using ☐ U.S. Postal Service ☐ FedEx ☐ DHL ☒ Other: UPS
  as requested in Dkt # 34
  to [*name and address*]: PRECISION BIOTECHNOLOGY CO. LTD.
   Attention: Yeh Ming-Kung
   16F.-2, No. 508, Sec. 7, Zhongxiao E. Rd,
   Nangang Dist., Taipei City 115011, Taiwan (R.O.C.)

☐ Not deposited for Service, because [*check applicable boxes below*]:
  ☐ No Request for Service was filed (L.R. 4-5).
  ☐ The Request for Service, Dkt #: ____ did not comply with L.R. 4-5, in that:
    ☐ No authority for service was cited.
    ☐ The authority cited does not provide for service to be made by the Clerk.
    ☐ No declaration was provided.
  ☐ No addressed envelope was provided.
  ☐ Insufficient postage was provided.
  ☐ The address provided is within a country that has objected to the service of process by mail under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

Dated: September 20, 2024   By: APEDRO
              Deputy Clerk

*NOTE: If the documents provided were not deposited for service, the Clerk's Office will retain the documents for 14 days. If the party requesting service does not arrange for the documents to be picked up within that time, the documents will be destroyed.*

CV-141 (06/22)   NOTICE OF SERVICE PURSUANT TO LOCAL RULE 4-5

```
DISTRICT COURT EXECUTIVE          7 LBS                 1 OF 1
(626) 965-8882 252
BRIAN KARTH                              SHP#: Y066 38LQ XWZ
3470 TWELFTH STREET.                     SHP WT: 7 LBS
RIVERSIDE  CA 92501                      DATE: 12 SEP 2024
UNITED STATES
SHIP TO:
    YEN, MING-KUNG
    0987710470
    PRECISION BIOTECHNOLOGY
    NANGANG DIST.,
    E. RD
    16F-2 NO 508, SEC. 7 ZHONGXIAO
    TAIPEI CITY    11501
    TAIWAN
```



TWN 887 6-00



UPS EXPRESS                              1
TRACKING #: 1Z Y06 638 D3 6255 6256



BILLING: P/P
SIGNATURE REQUIRED             EDI-DOC
DESC: DOCUMENTS

WS 22.0.17 Zebra ZP 450 37.0A 09/2024

 SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulation. Diversion contrary to law is prohibited.

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com

RRD R 0624

```
Y06638      SEP 12, 2024      ACT WT  7.0 LBS   #PK 1
SVC XPR                       BL WT   7.0 LBS
TRACKING# 1ZY06638D362556256        ALL CURRENCY USD
INVOICE NO.:
PURCHASE NO.:

HC 0.00           CNS 0.00       FRT: SHP
SHIPMENT PUB RATE CHARGES:        SVC 226.56 USD
DV 0.00           COD   0.00       RS   0.00
DC 5.25           DGD   0.00
AH 0.00           PR    0.00      ROD  0.00
TOT PUB CHG 231.81         PUB+HC231.81

THIS DOCUMENT IS NOT AN INVOICE.
```



# Drop-Off Package Receipt: 1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

DROP-OFF LOCATION:  
THE UPS STORE #0640  
5225 CANYON CREST DR  
STE 71  

(951) 781-8486

DROP-OFF DATE/TIME:  
Fri 20 Sep 2024 6:19 PM

ESTIMATED PICKUP DATE  
UPS          Fri 20 Sep 2024   2pkgs

TOTAL PACKAGES:           2pkgs

| TRACKING/REFERENCE | CARRIER & SERVICE | WEIGHT |
|---|---|---|
| 12Y06638D362556256 | UPS Worldwide Express | 0 lb 8.8 oz |
| 12Y06638D361622631 | UPS Worldwide Express | 0 lb 8.8 oz mw |

THIS RECEIPT LISTS EACH PACKAGE RECEIVED BY THE UPS STORE #0640 AND INDICATES THE INFORMATION FOR EACH PACKAGE HAS BEEN TRANSMITTED TO EACH CARRIER'S DATA SYSTEM. PACKAGES WITH OFFLINE LABELS WILL BE UPDATED AND PROCESSED BY THE UPS STORE PERSONNEL AND TRANSMITTED TO EACH CARRIER'S DATA SYSTEM AFTER A CONNECTION IS REESTABLISHED. THIS RECEIPT IS NOT CONFIRMATION THE CARRIER HAS PICKED UP THE PACKAGE. TO VERIFY THE STATUS OF A PACKAGE, GO TO HTTP://THEUPSSTORE.COM, SELECT TRACKING, THE ENTER TRACKING #. IF YOU SELECTED A NO PACKAGING OPTION FOR YOUR RETURNED ITEM, PLEASE CONTACT THE VENDOR WITH THE LISTED TRACKING/REFERENCE NUMBER FOR RETURN/REFUND STATUS. THE UPS STORE DOES NOT MAINTAIN RETURN/REFUND STATUS FOR VENDORS. YOU ACKNOWLEDGE THAT THE SHIPMENT SERVICES PROVIDED BY THE UPS STORE #0640 FOR THE LISTED PACKAGES ARE SUBJECT TO AND GOVERNED BY EACH CARRIER AGREEMENT, IF APPLICABLE, THE RATES AND SERVICE GUIDE FOR EACH CARRIER, AND THE TARIFF IN EFFECT AT THE TIME OF SHIPMENT.

Tell us about your experience today at  
bit.ly/theupsstore-cm

Powered by iShip(r)  
09/20/2024 06:19 PM Pacific Time


SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.                    RRD K 0724