Roland Au SBN 270085
6185 Kimball Avenue
Chino, CA 91708
Telephone: (626) 965-8882
Facsimile: (909) 248-2348
Email: roland.au@karatpackaging.com

Attorney for Plaintiff LOLLICUP USA INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLLICUP USA INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRECISION BIOTECHNOLOGY CO. LTD., a Taiwan corporation; INTERNATIONAL PRECISION CORP.; an unknown foreign business entity; MING-KUNG YEH, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:24-cv-00543-SSS-SHK<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE- 1

I, Roland Au, declare as follows:

1. I am an attorney at law duly admitted to practice in the State of California and before this Court. I am counsel of record in this action for Plaintiff LOLLICUP USA INC. ("Plaintiff"). I have personal knowledge of the facts contained in this declaration and, if called upon to do so, I could and would testify competently thereto.

2. As described below in more detail, I properly served the Summons and Complaint, and related documents on Defendants, PRECISION BIOTECHNOLOGY CO. LTD. and INTERNATIONAL PRECISION CORP. ("Defendants"), by causing the Clerk of this Court to serve the documents via by mail, with return receipt requested, pursuant to Federal Rule of Civil Procedure Federal 4(h)(2) and 4(f)(2)(C)(ii).

3. On September 5, 2024, this Court granted Plaintiff LOLLICUP USA INC. ("Plaintiff")'s Application for Order Authorizing the Clerk of Court to Serve Defendants Pursuant to Federal Rule of Civil Procedure Rule 4(f)(2)(C)(ii). (*See* Document33.)

4. The documents to be served upon Defendants include the Summons, Complaint and Exhibit A, Certificate and Notice of Interested Parties, Notices of Assignment to United States Judges, Notice of Counsel re Consent to Proceed Before a United States Magistrate Judge, Notice to Parties Court-Directed ADR Program, Civil Standing Order, and Order Setting Scheduling Conference (the "Documents").

5. On September 12, 2024, Plaintiff filed its Request to the Clerk to Perfect Service and mailed the Documents with postage-paid envelopes addressed to Defendants, return receipt requested, to the Clerk's office. (*See,* Document 34.)

6. On September 20, 2024, the Deputy Clerk of this Court filed Notice of Services Pursuant to Local Rule 4-5 stating that the Documents were deposited for service using UPS shipping services. (*See,* Documents, 38 and 39.)

7. On October 11, 2024, Mr. Dominic Estrada, the Deputy in Charge Riverside, provided me the tracking link confirming delivery of the Documents. A true and correct copy of Mr. Estrada's email and printout of the provided UPS tracking numbers confirming Documents delivered to Defendants on September 26, 2024 are attached hereto as Exhibit "A."

1  I declare under penalty of perjury under the laws of the United States of America and the
2  State of California that the foregoing declaration is true and correct.

4  Dated: October 14, 2024            /s/ Roland Au
5                                     ROLAND AU