# Exhibit A

# Roland Au

| | |
|---|---|
| From: | Dominic Estrada <Dominic_Estrada@cacd.uscourts.gov> |
| Sent: | Friday, October 11, 2024 5:14 PM |
| To: | Roland Au |
| Subject: | RE: LOLLICUP USA INC. v. PRECISION BIOTECHNOLOGY CO. LTD., et al. Case No: 5:24-cv-00543-SSS-SHK |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Mr. Au.

The document you reference below is not related to your service. Here are the two tracking links confirming delivery.

Thank you.

https://www.ups.com/track?track=yes&trackNums=1zy06638d362556256&loc=en_US&requester=ST/trackdetails

https://www.ups.com/track?track=yes&trackNums=1zy06638d362556256&loc=en_US&requester=ST/trackdetails



DOMINIC ESTRADA | DEPUTY IN CHARGE RIVERSIDE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street
Riverside, California 92501-3801
Phone: (951) 328-4475   Mobile: (909) 659-6878
Email: Dominic_Estrada@cacd.uscourts.gov

From: Roland Au <roland.au@karatpackaging.com>
Sent: Friday, October 11, 2024 3:44 PM
To: Dominic Estrada <Dominic_Estrada@cacd.uscourts.gov>
Subject: RE: LOLLICUP USA INC. v. PRECISION BIOTECHNOLOGY CO. LTD., et al. Case No: 5:24-cv-00543-SSS-SHK

CAUTION - EXTERNAL:

Dear Mr. Estrada,

I am writing to inquire about the status of the service. I understand that the documents were deposited for service by the Deputy Clerk on September 20, 2024. However, there was an entry on September 23, 2024 to CMECF titled "Mail Returned." (Document 40). I am uncertain if this entry is related to my request to perfect service. Could you please let me know the status of this service?

Best Regards,

**Roland Au**

Legal Counsel



6185 Kimball Avenue, Chino, CA 91708
P: 626.965.8882 ext. 145
E: roland.au@karatpackaging.com

Karat By Lollicup Product Catalog | Eco-Friendly Product Catalog
www.karatpackaging.com l www.lollicupstore.com l facebook l twitter l instagram l linkedin

NOTICE: The information contained in this e-mail message may contain attorney-client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by the above telephone number and delete the original message. Thank you.

**From:** Dominic Estrada <Dominic_Estrada@cacd.uscourts.gov>
**Sent:** Friday, September 20, 2024 3:38 PM
**To:** Roland Au <roland.au@karatpackaging.com>
**Subject:** RE: LOLLICUP USA INC. v. PRECISION BIOTECHNOLOGY CO. LTD., et al. Case No: 5:24-cv-00543-SSS-SHK

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you very much Mr. Au.

 DOMINIC ESTRADA | DEPUTY IN CHARGE RIVERSIDE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street
Riverside, California 92501-3801
Phone: (951) 328-4475   Mobile: (909) 659-6878
Email: Dominic_Estrada@cacd.uscourts.gov

**From:** Roland Au <roland.au@karatpackaging.com>
**Sent:** Friday, September 20, 2024 3:33 PM
**To:** Dominic Estrada <Dominic_Estrada@cacd.uscourts.gov>
**Subject:** Re: LOLLICUP USA INC. v. PRECISION BIOTECHNOLOGY CO. LTD., et al. Case No: 5:24-cv-00543-SSS-SHK

**CAUTION - EXTERNAL:**

Dear Mr. Estrada,

I am submitting this declaration in support of my Request for Clerk of Court to Perfect Services in the above referenced case. I have conducted research and have determined that service by mail is not expressly prohibited by the law of Taiwan.

Please let me know if you have any question, or if there is anything that I need to submit in support of this request. Thank you.

Best Regards,

## Roland Au

Legal Counsel



6185 Kimball Avenue, Chino, CA 91708
P: 626.965.8882 ext. 145
E: roland.au@karatpackaging.com

**Karat By Lollicup Product Catalog | Eco-Friendly Product Catalog**
www.karatpackaging.com l www.lollicupstore.com l facebook l twitter l instagram l linkedin

NOTICE: The information contained in this e-mail message may contain attorney-client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by the above telephone number and delete the original message. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



Activate Your Offer >

Your shipment
1ZY06638D362556256

Delivered On
Thursday, September 26 at 10:36 A.M. at Office

## Delivered To

AN KANG TW

Received By:
IS LEE
Proof of Delivery

**Label Created**
United States
09/12/2024, 11:57 A.M.

**We Have Your Package**
Ontario, CA, United States
09/21/2024, 10:35 P.M.

**On the Way**
Taipei, Taiwan
09/26/2024, 9:20 A.M.

**Out for Delivery**
Taipei, Taiwan
09/26/2024, 9:52 A.M.

**Delivered**
NAN KANG, TW
09/26/2024, 10:36 A.M.

View All Shipping Details

**Get Answers Fast**

Select "View All Shipping Details" to see the progress of your package. If you need help, use the [ Virtual Assistant ].

Get Updates

**Track Another Package**

---

**This website uses cookies and analytics technologies**
We do this to better understand how visitors use our site and to offer you a more personal experience. By using our website, you consent to the recording, use, and sharing of your information by us and our service providers. Please see our Privacy Notice for more information. You can manage your preferences by selecting Cookie Settings.

# Stay Safe - Avoid Fraud and Scams

Received a text, call, or email that seems suspicious? Don't respond to it.

**Tips to Avoid Fraud**

Copyright © 1994-2024 United Parcel Service of America, Inc. All rights reserved.

**This website uses cookies and analytics technologies**
We do this to better understand how visitors use our site and to offer you a more personal experience. By using our website, you consent to the recording, use, and sharing of your website activity by us and our service providers. Please see our Privacy Notice for more information. You can manage your preferences by selecting Cookie Settings.

# UPS

Activate Your Offer >

**Your shipment**
1ZY066380362556256

**Delivered On**
Thursday, September 26 at 10:36 A.M. at Office

## Delivered To

AN KANG TW

Received By:
IS LEE
Proof of Delivery

**Label Created**
United States
09/12/2024, 11:57 A.M.

**We Have Your Package**
Ontario, CA, United States
09/21/2024, 10:35 P.M.

**On the Way**
Taipei, Taiwan
09/26/2024, 9:20 A.M.

**Out for Delivery**
Taipei, Taiwan
09/26/2024, 9:52 A.M.

**Delivered**
NAN KANG, TW
09/26/2024, 10:36 A.M.

View All Shipping Details

**Get Answers Fast**

Select "View All Shipping Details" to see the progress of your package. If you need help, use the [ Virtual Assistant ].

Get Updates

**Track Another Package**

**This website uses cookies and analytics technologies**
We do this to better understand how visitors use our site and to offer you a more personal experience. By using our website, you consent to the recording, use, and sharing of your info with us and our service providers. Please see our Privacy Notice for more information. You can manage your preferences by selecting Cookie Settings.

## Stay Safe - Avoid Fraud and Scams

Received a text, call, or email that seems suspicious? Don't respond to it.

**Tips to Avoid Fraud**

Copyright ©1994-2024 United Parcel Service of America, Inc. All rights reserved.

**This website uses cookies and analytics technologies**
We do this to better understand how visitors use our site and to offer you a more personal experience. By using our website, you consent to the recording, use, and sharing of your website activity by us and our service providers. Please see our Privacy Notice for more information. You can manage your preferences by selecting Cookie Settings.