JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLLICUP USA INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PRECISION BIOTECHNOLOGY CO. LTD., a Taiwan corporation; INTERNATIONAL PRECISION CORP., an unknown foreign business entity; MING-KUNG YEH, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:24-cv-00543-SSS-SHKx<br><br>**JUDGMENT**<br><br>Complaint Filed: March 14, 2024<br>Trial Date:　　None |

# **JUDGMENT**

After full consideration of the pleadings and papers on file in this case and the evidence on record, and GOOD CAUSE APPEARING THEREFORE:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of Plaintiff LOLLICUP USA INC., a California corporation, and against Defendants, PRECISION BIOTECHNOLOGY CO. LTD., a Taiwan corporation; INTERNATIONAL PRECISION CORP., an unknown foreign business entity; and MING-KUNG YEH, an individual, jointly and severally, in the total amount of **$1,953,874.00**, which represents principal amount of $1,347,500.00 and prejudgment interest of $606,374.00.

Dated: July 7, 2025

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE